ANNIE SCHAUFELE, appellant,

*v.*

CHARLES BANSCHER et ux. et al., respondents.

[Submitted December 7th, 1914. Decided January 27th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *83 N. J. Eq. 117.*

*Mr. Joseph J. Summerill,* for the appellant.

*Mr. David O. Watkins* and *Mr. Austin H. Swackhamer,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, WILLIAMS—14.

*For reversal*—None.